HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA JACOBSON, as the personal representative of the Estate of JAMES P. JACOBSON, deceased<br><br>Plaintiff,<br><br>v.<br><br>SOO LINE RAILROAD d/b/a Canadian Pacific Railway Company,<br><br>And<br><br>BNSF RAILWAY COMPANY, f/k/a Burlington Northern and Santa Fe Railway Company,<br><br>Defendants. | NO. 18-cv-01722 JLR<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT SOO LINE RAILROAD COMPANY WITH PREJUDICE AND WITHOUT COSTS<br><br>AND ORDER |

## STIPULATION

COME NOW Plaintiff Teresa Jacobson, as the personal representative of the Estate of James P. Jacobson ("Plaintiff") and Defendant Soo Line Railroad Company (collectively "Parties"), by and through their respective counsel, and stipulate to the entry of an Order of Dismissal as to Soo Line Railroad Company only, such dismissal to be with prejudice and without costs to either party. This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the Parties.

{DEP1899102.DOCX;1/12719.000001/ }
STIPULATION FOR DISMISSAL OF DEFENDANT SOO LINE RAILROAD COMPANY WITH PREJUDICE AND WITHOUT COSTS - 1
18-cv-01722 JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, Washington 98164
Tel: 206-447-7000/Fax: 206-447-0215

1    **NOW THEREFORE**, the Parties jointly move the Court for entry of the Order of Dismissal.

2  Stipulated and respectfully submitted this 11th day of March, 2019.

| **MARC J BERN & PARTNERS LLP** | **ANDERSON & MITCHELL PLLC** |
|---|---|
| /s/ *Luke Pepper* | /s/ *Wayne Mitchell* |
| Luke Pepper, *pro hac vice* | Wayne Mitchell, WSBA No. 24347 |
| 101 West Elm Street, Ste. 215 | 100 South King Street, Ste. 560 |
| Conshohocken, PA 19428 | Seattle, WA 98104 |
| Tel. 800-529-5432 | Tel. 206-436-8491 |
| E: lpepper@bernllp.com | E: wayne@andersonmitchell.com |
| Attorneys for Plaintiff Teresa Jacobson as the personal representative for the estate of James P. Jacobson | Attorneys for Plaintiff Teresa Jacobson as the personal representative for the estate of James P. Jacobson |

**OGDEN MURPHY WALLACE, PLLC**

/s/ *Jessica Jensen*
Jessica B. Jensen, WSBA No. 29353
Aaron P. Riensche, WSBA No. 37202
Drew E. Pearsall, WSBA No. 46872
901 5th Ave., Ste. 3500
Seattle, WA 98164-2008
T: 206-447-7000
E: jjensen@omwlaw.com
E: ariensche@omwlaw.com
E: dpearsall@omwlaw.com
Attorneys for Defendant Soo Line Railroad Company

{DEP1899102.DOCX;1/12719.000001/ }
STIPULATION FOR DISMISSAL OF DEFENDANT SOO
LINE RAILROAD COMPANY WITH PREJUDICE AND
WITHOUT COSTS - 2
18-cv-01722 JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, Washington 98164
Tel: 206-447-7000/Fax: 206-447-0215

## ORDER

Pursuant to the Parties' Stipulation for Dismissal of Defendant Soo Line Railroad Company With Prejudice and Without Costs, **IT IS SO ORDERED** that Plaintiff's claims against Defendant Soo Line Railroad Company are hereby **DISMISSED** with prejudice, and without costs to any party.

DATED this 18th day of March, 2019

_____
Hon. James L. Robart
United States District Judge

{DEP1899102.DOCX;1/12719.000001/ }
STIPULATION FOR DISMISSAL OF DEFENDANT SOO LINE RAILROAD COMPANY WITH PREJUDICE AND WITHOUT COSTS - 3
18-cv-01722 JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, Washington 98164
Tel: 206-447-7000/Fax: 206-447-0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 11th day of March, 2019 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| Wayne Mitchell<br>Anderson & Mitchell, PLLC<br>100 S. King Street, Suite 560<br>Seattle, WA  98104<br>wayne@andersonmitchell.com<br><br>Luke Pepper<br>Marc J. Bern & Partners, LLP<br>101 West Elm Street, Suite 215<br>Conshohocken, PA  19428<br>lpepper@bernllp.com<br><br>**Attorneys for Plaintiff** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Kelsey Endres<br>Michael Chait<br>Montgomery Scarp & Chait, PLLC<br>1218 Third Avenue, Suite 2500<br>Seattle, WA  98101<br>kelsey@montgomeryscarp.com<br>mike@montgomeryscarp.com<br><br>**Attorneys for BNSF Railway Company** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |

DATED this 11th day of March, 2019.

_____s/_____

{DEP1899102.DOCX;1/12719.000001/ }
STIPULATION FOR DISMISSAL OF DEFENDANT SOO
LINE RAILROAD COMPANY WITH PREJUDICE AND
WITHOUT COSTS - 4
18-cv-01722 JLR

OGDEN MURPHY WALLACE, P.L.L.C.
901 5th Ave, Suite 3500
Seattle, Washington 98164
Tel: 206-447-7000/Fax: 206-447-0215