UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA JACOBSON, | CASE NO. C18-1722JLR |
| Plaintiff, | ORDER STRIKING DISCOVERY MOTION |
| v. | |
| SOO LINE RAILROAD, et al., | |
| Defendants. | |

Before the court is Defendant BNSF Railway Company's ("BNSF") motion to compel Plaintiff Teresa Jacobson's responses to discovery. (Mot. (Dkt. # 27).) BNSF filed its motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's March 27, 2019, scheduling order. (*See* Sched. Order (Dkt. # 22) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P.

16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES BNSF's motion to compel discovery (Dkt. # 27) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 13th day of September, 2019.

JAMES L. ROBART
United States District Judge