UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA JACOBSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C18-1722JLR<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE WITH LEAVE TO REFILE |

Before the court is Plaintiff Teresa Jacobson's response (Resp. (Dkt. # 42)) to Defendant BNSF Railway Company's ("BNSF") *Daubert* motion to exclude the testimony of Ms. Jacobson's expert, Dr. Ernest Chiodo (Mot. (Dkt. # 36)). The court STRIKES Ms. Jacobson's response with leave to file an amended response that complies with the court's Local Rules.

Ms. Jacobson's brief in opposition to BNSF's motion is 21 pages long, excluding the caption and signature block. (*See generally* Resp.) Under this District's Local Rules, motions and responsive briefs exceeding twelve pages in length are allowed only for the

ORDER - 1

types of motions listed in Local Rule 7(e)(3): motions for summary judgment, motions to dismiss, motions for class certification, motions for a temporary restraining order, motions for preliminary injunction, and motions aimed at changing the forum.  Local Rules W.D. Wash. LCR 7(e)(3).  Except for these motions, or as otherwise provided by court order or rule, other motions noted under Local Rule 7(d)(3) and responsive briefs shall not exceed twelve pages in length.  Local Rules W.D. Wash. LCR 7(e).  This twelve-page limit applies to motions to exclude expert testimony.  *See* Local Rules W.D. Wash. LCR 7(d) & (e).  Thus, Ms. Jacobson's response brief does not comply with this court's Local Rules.

Because the outcome of BNSF's motion to exclude may be dispositive in this matter (*see* BNSF's motion for summary judgment (Dkt. # 38) at 2), the court will allow Ms. Jacobson an opportunity to cure her violation of the Local Rules.  The court admonishes Ms. Jacobson's attorneys that it will not be as forgiving of violations of the Local Rules in the future.

For the foregoing reasons, the court ORDERS as follows:

1. The court STRIKES Ms. Jacobson's response to BNSF's motion to exclude (Dkt. # 42).  Ms. Jacobson may file an amended response to BNSF's motion to exclude that complies with the Local Rules by no later than Monday, November 23, 2020.  BNSF may file a reply to Ms. Jacobson's amended response by no later than Monday, November 30, 2020.

//

//

2. The court DIRECTS local counsel to review his responsibilities under the Local Rules, including his obligation to "ensure that all filings comply with all local rules of this court." Local Rules W.D. Wash. LCR 83.1(d)(2).

3. The court DIRECTS the clerk to renote BNSF's motion to exclude (Dkt. # 36) and motion for summary judgment (Dkt. # 38) for November 30, 2020.

Dated this 18th day of November, 2020.

JAMES L. ROBART
United States District Judge